**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

JONATHON LEE, on behalf of himself,
individually, and on behalf of all others
similarly-situated,                                    **Civil Action No.:  21-cv-10784-KSH-JBC**

                Plaintiff,

    -against-

NEW YORK MUTUAL TRADING INC., and
MASATOSHI OHATA, individually,

                Defendants.

---

## NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED FLSA SETTLEMENT

PLEASE TAKE NOTICE THAT Plaintiff Jonathon Lee and Defendants New York Mutual Trading Inc. and Masatoshi Ohata hereby move this Court for the entry of an order, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"):

(1)    Certifying the proposed FLSA collective;

(2)    Approving the parties' settlement as fair and reasonable;

(3)    Approving the form of the notice to potential collective members and claim form;

(4)    Scheduling a final approval hearing; and

(5)    Awarding any such other relief as the Court deems proper.

A Memorandum of Law, Proposed Order, and the Declaration of Christopher P. DelCioppio, Esq., together with Exhibits 1 through 3, support this motion and are filed contemporaneously herewith.

Dated: Garden City, New York
      May 26, 2023

Respectfully submitted,
BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. (516) 248-5550

By: _____
CHRISTOPHER P. DELCIOPPIO (5812805)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
*Attorneys for Defendants*
One Boston Place, Suite 3500
Boston, Massachusetts 02108
Tel. (617) 994-5704

By: _____
DIANE SAUNDERS

2