# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

January 9, 2024

*Via Electronic Case Filing*
Magistrate Judge James B. Clark
United States District Court for the
District of New Jersey
500 Pearl Street
New York, New York 10007

      Re:    *Jonathan Lee, on behalf of himself, individually, and on behalf of all others similarly-situated, v. New York Mutual Trading Inc., et. al.*
                <u>Docket No.: 21-cv-10784 (JBC)</u>

Dear Magistrate Judge Clark:

      As this Court knows, we represent Plaintiff Jonathan Lee and the opt-in plaintiffs in the above-referenced matter against Defendants New York Mutual Trading Inc. and Masatoshi Ohata, individually. We write, with the consent of Defendants, seeking an Order granting Final Approval of the parties' Stipulation and Settlement Agreement. In doing so, we submit the below list of all members of the Settlement Class who timely submitted a fully completed Claim Form and Opt-In Consent and the total Settlement Payment due to each Opt-In Plaintiff.

      By way of background, and as this Court well knows, on October 22, 2021, Plaintiff brought this action against Defendants alleging violations of the Fair Labor Standards Act and the New Jersey Wage and Hour Law. *See* ECF No. 1. On November 2, 2021, Defendants filed an Answer denying all allegations of wrongdoing in the Complaint and denying that the case could proceed as a collective action. *See* ECF No. 14. On November 4, 2021, Magistrate Judge James B. Clark ordered an initial conference pursuant to Federal Rule of Civil Procedure 16. *See* ECF No. 16. The Parties entered into settlement negotiations shortly after the scheduling of the initial conference. To facilitate their settlement discussions, the parties agreed to conduct a mediation before Stephen P. Sonnenberg, who is experienced and skilled in class and collective action wage and hour matters. Following the mediation session, the parties continued extensive arm's length

negotiations and eventually agreed in principle on a settlement agreement which was submitted to the Court in connection with the preliminary approval motion. The parties also agreed on several additional terms. The parties conducted additional negotiations, and on February 21, 2023, executed the settlement.

On October 12, 2023, the Honorable James B. Clark granted the Order Granting Preliminary Approval, which laid out the authorization for mailing of the Notice of Pendency of Collective Action Lawsuit and Proposed Settlement, Claim Form, and the Opt-In Consent Form to each member of the Settlement Class. *See* ECF No. 51. Our office did so, in accordance with the Order, by first-class mail and received the below mentioned completed documents. Our office then timely filed the completed Claim Form and Opt-In Consents by December 8, 2023. *See* ECF Nos. 52 – 55.

The following Opt-In Plaintiffs have properly and timely submitted a fully completed Claim Form and Opt-In Consent: Cesar A. Bueno, Jr.; Kevin Clemons; Charles Davidson; and Franklin Davis. Thus, each Opt-In Plaintiff will receive their pro rata share of the Maximum Settlement Payment of $40,000. Opt-In Plaintiffs' pro rata shares of the Maximum Settlement Payment are broken down as follows: Cesar A. Bueno, Jr. will receive a payment of $1,801.24; Kevin Clemons will receive a payment of $4,434.74; Charles Davidson will receive a payment of $4,309.91; and Franklin Davis will receive a payment $1,870.05.

Therefore, we respectfully request that this Court issue an Order granting Final Approval of the parties' Stipulation and Settlement Agreement as in granting the preliminary approval motion, the Court deemed said terms just and proper.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____
Ishan Dave, Esq.
*For the Firm*

To:   All Counsel *via* ECF