**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

April 29, 2024

**LETTER ORDER**

Re:   **LEE v. NEW YORK MUTUAL TRADING INC., et al.**
        **Civil Action No. 21-10784 (JBC)**

Dear Counsel,

The telephonic hearing regarding the final approval of the collective settlement today, **April 29, 2024 at 12:30 PM,** shall be initiated by Plaintiff's counsel. Once all parties are on the line, counsel is instructed to call the Court at (973) 776-7700 at the time of the hearing.

**IT IS SO ORDERED.**

                                                    s/ James B. Clark, III
                                                **JAMES B. CLARK, III**
                                                **United States Magistrate Judge**